# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JULIAN SELPH,

    Petitioner,

v.                                           No. 22-cv-0240 JCH-KBM

HECTOR RIOS, *et al*,

    Respondents.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Julian Selph's 28 U.S.C. § 2254 Habeas Petition (Doc. 1). The filing is deficient because Selph has not prepaid the $5.00 habeas fee or, alternatively, filed a motion to proceed *in forma pauperis* supported by a six-month inmate account statement. Petitioner must cure this deficiency within thirty (30) days of entry of this Order. The civil action number (22-cv-0240 JCH-KBM) should be included on all filings. Failure to timely comply with this Order will result in dismissal of the case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Selph must either prepay the $5.00 habeas fee or, alternatively, file a motion to proceed *in forma pauperis* along with a certified account statement for the period between September 30, 2021 and March 30, 2022.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to mail to Selph, along with a copy of this Order, a form motion to proceed *in forma pauperis*.

                                                                      /s/ Karen B. Molzen
                                              UNITED STATES MAGISTRATE JUDGE