IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JULIAN SELPH,

    Petitioner,

v.                                                No. 22-cv-0240 JCH-KBM

GEORGE STEVENSON,
ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondents.

## ORDER TO ANSWER

This matter is before the Court on Petitioner Julian Selph's Amended 28 U.S.C. § 2254 Habeas Corpus Petition (Doc. 6) (Amended Petition).   Selph challenges his state convictions for, inter alia, criminal sexual penetration of a child under 13.   Having reviewed the claims pursuant to Habeas Corpus Rule 4, the Court will order an answer.

    **IT IS ORDERED** that the Clerk shall mail copies of this Order and the Amended Petition (**Doc. 6**) to Respondent Attorney General of the State of New Mexico (AG) to the following address:

    Attn: F.N., Paralegal - Habeas Corpus Administrator
    New Mexico Office of the Attorney General
    Criminal Appeals Division
    201 Third St. NW, Suite 300, Albuquerque, NM 87102

    It is **FURTHER ORDERED** that the AG must answer the Petition within **30 days** of entry of this Order.   The answer must address the merits of each claim and may provide additional information on exhaustion.   The AG must attach to its answer copies of all pertinent filings from the state trial court, the state court of appeals, and the state supreme court; including memoranda filed by <u>both</u> parties.   The AG must also attach to the answer copies of all state post-conviction or appellate proceedings and any transcripts that are needed to resolve the claims.

**IT IS FURTHER ORDERED** that if Selph wishes to file an optional reply, he must do so within twenty-one (21) days after the AG's response is filed.

_____
UNITED STATES MAGISTRATE JUDGE