UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JULIAN SELPH,

    Petitioner,

v.                                                      Civ. No. 22-240 JCH/KK

GEORGE STEVENSON, Warden, and
ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,

    Respondents.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On September 2, 2025, United States Magistrate Judge Kirtan Khalsa filed her Proposed Findings and Recommended Disposition ("PFRD"), Dkt. No. 18, in which she recommended that the Mr. Selph's amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Dkt. No. 6) ("Amended Petition") be denied and this case be dismissed with prejudice. The PFRD notified the parties of their ability to file objections no later than September 16, 2025, (fourteen days after filing of PFRD). The PFRD also notified the parties that failure to object waived appellate review.  Dkt. No. 18 at 51.[1] Neither party filed objections and the deadline for doing so has expired.  Accordingly, the Court concludes that appellate review has been waived.

**IT IS THEREFORE ORDERED** that the PFRD [Dkt. No. 18] is **ADOPTED**. In addition, because Petitioner failed to make a substantial showing that he has been denied a constitutional right, the Court will **DENY** a Certificate of Appealability. *See* 28 U.S.C. § 2253. A final order entered concurrently herewith **DISMISSES** this case **WITH PREJUDICE**.

                                                                    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Because Plaintiff receives service by mail, he was permitted to file objections to the PFRD by September 19, 2025.  *See* Fed. R. Civ. P. 6(d).  He has filed nothing as of the date on which this Order is entered.