UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JULIAN SELPH,

    Petitioner,

v.                                                                                                                  Civ. No. 22-240 JCH/KK

GEORGE STEVENSON, Warden, and
ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,

    Respondents.

**FINAL JUDGMENT**

Having entered an Order Adopting Proposed Findings and Recommended Disposition concurrently with this Final Judgment, the Court hereby enters final judgment in favor of Respondents and against Petitioner, whose application for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

                                                                         SENIOR UNITED STATES DISTRICT JUDGE